JS-6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD A. TAJA JR., | ) Case No. ED CV 14-1069 FMO (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| C. E. DUCART, Warden, | ) |
| Respondent. | ) |
| _____ | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED: January 12, 2015


_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE